JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRIN DEAN MCCORMICK,<br><br>                    Plaintiff,<br><br>      vs.<br><br>SONY PICTURES ENTERTAINMENT,<br><br>                    Defendant. | ) CASE NO. CV 07-05697 MMM (RCx)<br>)<br>)<br>) JUDGMENT FOR DEFENDANT<br>)<br>)<br>)<br>)<br>) |

On June 22, 2009, defendant Sony Pictures Entertainment ("SPE") moved for summary judgment on *pro se* plaintiff Darrin Dean McCormick's first amended complaint. The matter was heard on July 20, 2009. Having considered the evidence presented by the parties, reviewed the briefs, and heard argument, the court granted the motion on July 20, 2009.

IT IS ORDERED AND ADJUDGED that

1. Plaintiff take nothing by way of his complaint against SPE; and
2. The action be, and it hereby is, dismissed.

DATED: July 20, 2009

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE